UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOKLYN BECC HUBER-BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12951** |
| **FREDERICK BOUTTE, WARDEN** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Brooklyn Becc Huber-Brown's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 29th day of June, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE